## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2189 Disciplinary Docket No. 3

                Petitioner : No. 107 DB 2015

: Attorney Registration No. 202416

          v. :

: (Montgomery County)

PATRICK JOSEPH BRADLEY, :

                Respondent :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of January, 2017, upon consideration of the Report and Recommendations of the Disciplinary Board, Patrick Joseph Bradley is ordered to pay a fine of $1,000.00 to this Court within 60 days of the date of this Order. He shall comply with all the provisions of Pa.R.D.E. 217.